## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

   **v.**              Case No. 3:03CR140-09/RV

**JEFF EDWARD CARY**

_____/

## ORDER REDUCING SENTENCE

  Currently pending is the Government's motion for a reduction of the defendant's sentence under Rule 35(b), Federal Rules of Criminal Procedure. (Doc.425/426 )  The Government has certified defendant Cary's subsequent substantial assistance in the investigation of prosecution of other individuals, so that a reduction of sentence under Rule 35(b) is warranted.

  Upon consideration, I find that the grounds set out in the Government's motion do constitute substantial assistance within the meaning of Rule 35(b), and that the Government's motion should be, and is hereby, GRANTED.  Accordingly, defendant Cary's sentence and judgment entered herein on April 16, 2004, is hereby amended and his sentence of imprisonment is reduced from a term of seventy (70) months, followed by four years of supervised release, to a term of thirty-eight (38) months, followed by three years of supervised release.  In all other respects, the defendant's judgment of April 16, 2004, remains in full force and effect.

  DONE AND ORDERED this 13th day of July, 2006.

                /s/ *Roger Vinson*
                **ROGER VINSON**
                **Senior U.S. District  Judge**